IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff, )<br>  )<br>     v.           ) CASE NO. **08-99M**<br>  )<br> **LLOYD STAFFORD**      )<br>  )<br>          Defendant. ) | |

O R D E R

WHEREAS, this matter came before this Court on **JUNE 4, 2008** for the purpose of a preliminary hearing; and

WHEREAS, the United States having failed to produce sufficient evidence to hold the defendant for further court action,

IT IS ORDERED, that the Criminal Complaint is dismissed.

Dated: 6/4/08

Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
JUN 4 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE