AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE 6/4/08 | CASE NUMBER 08-99M | OPERATOR Kincaid | | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| Kelley Tufts Homeland Security Spec Agent. | | 10:24 am | 10:27 am | | | MPT. | |
| Lloyd L. Stafford - Deft (sworn) | | 11:07 am | 11:30 am | 11:36 am | 11:39 am | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Criminal Complaint | No Obj | No Obj. |
| Deft 1 | Personal Property Inventory Form. | No Obj | No Obj. |

FILED
JUN 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# United States District Court

_____DISTRICT OF_____DELAWARE_____

UNITED STATES OF AMERICA

v.

LLOYD L. STAFFORD

Criminal Complaint 08- 99M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __June 2, 2008__, in New Castle County, in the District of __Delaware__ defendant,

Lloyd L. Stafford

did on June 2, 2008 knowingly possess or cause to be present a firearm or other dangerous weapon in a Federal Court facility

in violation of Title ___18___ United States Code, Section(s) _830(e)(1)_____.

I further state that I am a(n) _Special Agent, DHS/FPS_ and that this complaint is based on the following facts:
                                                               Official Title
SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    YES

_____
Signature of Complainant
Kelly Tufts
Special Agent
Department of Homeland Security,
Federal Protective Service

Sworn to before me and subscribed in my presence,

_June 3, 2008_____ at _Wilmington, DE_____
Date                                                City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                     _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

United States v. Lloyd L. Stafford

## AFFIDAVIT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief;

1.  My name is Kelley D. Tufts, and I am a Special Agent with the Department of Homeland Security, Federal Protective Service (DHS/FPS), assigned to the Philadelphia, Pennsylvania, Field Office, and have been so employed since July 2001. I was previously employed as a Federal Police Officer with the Department of Treasury, United States Mint from 1993 until 1996 and the Federal Protective Service from 1996 until 2001. I have received training in criminal investigations and technical surveillance equipment at the Federal Law Enforcement Training Center. During my tenure in federal law enforcement, including as an Agent, I have participated in numerous investigations involving violations of federal law resulting in arrests and convictions of numerous offenders. I have a total of 14 years experience as a sworn Federal Law Enforcement Officer/Agent. The information contained in this affidavit is known to me personally or has been relayed to me by other law enforcement officers, federal employees, or individuals assisting law enforcement officers, as indicated below.

2.  This affidavit is in support of a criminal complaint charging LLOYD L. STAFFORD with knowingly possessing or causing to be present a firearm or other dangerous weapons in a Federal Court Facility, in violation of Title 18, United States Code, Section 930(e)(1).

3.  This affiant initiated an investigation on June 2, 2008, after receiving a report that LLOYD L. STAFFORD had entered the lobby security check point of the J. Caleb Boggs Federal Building

and Courthouse located at 844 King Street, Wilmington Delaware with an undeclared firearm. After after approaching the security checkpoint, STAFFORD declared one silver, gold and brown Buck lock-back knife with a 3 1/2 inch blade and a black Gerber lock-back knife with a 3 1/2 inch blade. STAFFORD further placed a black leather Samsonite briefcase containing various forms of paperwork on the x-ray conveyor belt for normal entrance screening to the Federal Building and Federal Courthouse. Upon the items being screened, Court Security Officer (CSO) Butler discovered that the black leather Samsonite briefcase appeared to contain a firearm. CSO Butler informed CSO Leahy that he had discovered on the monitor, what appeared to be a firearm in STAFFORD'S bag. Appropriate notifications were made, STAFFORD was detained and all items were secured as evidence.

4. A subsequent search of this bag incident to arrest revealed a silver Davis Industries 2 shot Derringer, Model DM-22, Serial number 346468, loaded with (2) .22 caliber rounds along with (2) .22 caliber rounds in a cardboard box.

5. On June 2, 2008, as part of this investigation, this affiant conducted a custodial interview with STAFFORD at the United States Marshals holding area of the J. Caleb Boggs Federal Building and Courthouse located at 844 King Street, Wilmington Delaware. STAFFORD was advised of and waived his rights both verbally and in writing. This affiant asked STAFFORD to explain why he had come to the J. Caleb Boggs Federal Building and Courthouse. STAFFORD stated that he had arrived at the J. Caleb Boggs Federal Courthouse at approximately 3:25 pm for a 3:00 pm bankruptcy hearing. STAFFORD stated that he entered the courthouse and was asked by CSO's

into his bag and took out and placed 2 knives in the container on the conveyor belt to be x-rayed. STAFFORD stated he then placed his briefcase on the conveyor belt. STAFFORD stated he had no idea the gun was in his bag until the CSO discovered the gun. STAFFORD stated he has the gun for personal protection and the gun is normally kept at his house, his wife carries it in the trunk of her car or he sometimes carries it. STAFFORD stated he does not have a permit to carry a concealed weapon.

6. This affiant discovered numerous signs to be posted at the lobby entrance and is visible to all persons entering the facility. Further, this affiant discovered signs, which depict symbols of prohibited items in plain view of all persons being screened for entry. The signs advise all visitors of the "Rules and Regulations Governing Conduct on Federal Property", to include prohibiting possession of weapons and states, "Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by 18 United States Code 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years."

# U.S. Department of Homeland Security
# Federal Protective Service

## PERSONAL PROPERTY INVENTORY FORM

| Item Number | Quantity | Description of Article | Item Disposition |
|---|---|---|---|
| 1 | 1 | BLACK PLASTIC HANDLED GERBER 3 1/2" KNIFE | EVID #1 |
| 2 | 1 | BROWN/YELLOW "BUCK" 3 1/2" KNIFE | EVID #2 |
| 3 | 1 | DAVIS INDUSTRIES MODEL DM-22 CAL .22 MAG 2 SHOT REVOLVER - SILVER IN COLOR WITH WOOD GRIP #346468 | EVID #3 |
| 4 | 1 | BROWN BOX - DAVIS INDUSTRIES FOR MODEL DM-22 | EVID #3 |
| 5 | 4 | FOUR ROUNDS - .22 CALIBER MAGNUM PISTOL ROUNDS | EVID #3 |
| 6 | 1 | BLACK SAMSONITE CASE | EVID #4 |
| 7 | 1 | MOTOROLA RAZOR CELL PHONE SERIAL# SJUG1726FK | SS |
| 8 | 3 | US CURRENCY - COIN - .31 CENTS (1 QUARTER, 1 NICKEL, 1 PENNY) | SS |
| 9 | 1 | CASIO ILLUMINATOR WATCH | SS |
| 10 | 1 | ARM/DISARM KEY FOB WITH 2 KEYS | SS |
| 11 | 1 | VEHICLE KEY FOB WITH SEVEN (7) KEYS | SS |
| 12 | 1 | FSNB CHECK/ATM CARD - #4385671166995969 | SS |
| 13 | 1 | UNITED STATES UNIFORMED SERVICES ID CARD | SS |
| 14 | 1 | SOCIAL SECURITY CARD # 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 | SS |
| 15 | 1 | STATE OF DELAWARE SECURITY GUARD ID | SS |
| 16 | 1 | DELAWARE DRIVER LICENSE # 424053 | SS |
| 17 | 16 | BUSINESS CARDS | STOR |
| 18 | 3 | SEALED ENVELOPES OF PAPERS LABELED WEBER, THOMAS STAFFORD | STOR |
| 19 | 1 | BLACK SUNGLASSES | STOR |
| 20 | 1 | BENNETT SECURITY SERVICE BALL CAP | STOR |
| 21 | 1 | FSNB INK PEN | STOR |
| 22 | 2 | MAGAZINES | EVID #4 |
| 23 | 2 | BOUND NOTEBOOKS (SPIRAL) | EVID #4 |
| 24 | 1 | ONE INCH STACK OF PERSONAL PAPERS | EVID #4 |

The personal property listed above was in my possession when I was arrested and processed. I understand that all property will be returned to my lawyer, a family member or myself at some time in the future.

- 1 Black Belt　M.

| Date 6/3/08 | Signature | Name Printed |
|---|---|---|

## FINAL DISPOSITION

DATE: 6/3/08　　TIME:

Property: ✗ Released　　Stored　　Placed in Evidence　　Destroyed

Property Released to: Theresa Stafford
Name printed:　　　　　　　　Signature: [signed]
Releasing Officer/Badge: Kelley Tufts
Name printed: Kelley Tufts #34　　Signature: Kelley Tufts

